# First District Court of Appeal
## State of Florida

———————————————

No. 1D2025-0504

———————————————

James Lee Bauer,

   Appellant,

v.

State of Florida,

   Appellee.

———————————————

On appeal from the Circuit Court for Escambia County.
John Simon, Judge.

December 9, 2025

Per Curiam.

   Affirmed.

Osterhaus, C.J., and Lewis and Treadwell, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Jessica J. Yeary, Public Defender, and Joel Daniel Arnold, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.